No. **CR-05 00517-RMW** HBL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

### THE UNITED STATES OF AMERICA

vs.

### KEVIN JOSEPH ZAVOSKY

## INDICTMENT

**Count One & Two:** 18 U.S.C. Section 922(g)(1) - Unlawful Possession of a Firearm by a Felon and Unlawful Possession of Ammunition by a Felon.

~~SEALED BY ORDER OF THE COURT~~

*Filed* AUG 10 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

*A true bill.*

_____
**Foreperson**

Filed in open court this __10__ day of __August__
A.D. 200__5__

_____
**United States Magistrate Judge**

Bail. $ __No Bail Warrant__

DOCUMENT NO. 1

KEVIN V. RYAN (CSBN 118321)
United States Attorney

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 00517 HRL |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm; 18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition |
| v. | |
| KEVIN JOSEPH ZAVOSKY, | SAN JOSE VENUE |
| Defendant. | |

Filed AUG 1 0 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

### INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 922(g)(1))

On or about September 22, 2004, in the Northern District of California, the defendant

KEVIN JOSEPH ZAVOSKY

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit, a Kimber, Model Classic Stainless Target, .45 caliber semi-automatic pistol, serial number K057631, in and affecting commerce, in violation of

INDICTMENT

1  Title 18, United States Code, Section 922(g)(1).

2  COUNT TWO: (18 U.S.C. § 922(g)(1))

3  On or about July 5, 2005, in the Northern District of California, the defendant

4                          KEVIN JOSEPH ZAVOSKY

5  having previously been convicted of a crime punishable by a term of imprisonment exceeding

6  one year, did knowingly possess 9mm caliber ammunition containing the head-stamp "GFL", in

7  and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

9  DATED: 8-10-05                           A TRUE BILL.

                                            _____
                                            FOREPERSON

12  KEVIN V. RYAN
    United States Attorney

15  MATTHEW A. PARRELLA
    Chief, San Jose Branch Office

17  (Approved as to form: _____ )
                          AUSA John N. Glang

INDICTMENT                                  2

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

18 U.S.C. Section 922(g)(1) - Unlawful Possession of a Firearm by a Felon and Unlawful Possession of Ammunition by a Felon

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

CR 05 00517

**DEFENDANT - U.S.**

KEVIN JOSEPH ZAVOSKY

DISTRICT COURT NUMBER

Filed AUG 1 0 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

SEALED BY ORDER OF THE COURT

RMW HRL

**PENALTY:**

Each count: 10 years imprisonment
$250,000 Fine
3 years of supervised release
$100 special assessment

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)

SANTA CLARA COUNTY SUPERIOR COURT

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**

ATF SPECIAL AGENT THOMAS CUNNINGHAM

☒ person is awaiting trial in another Federal or State Court, give name of court

SANTA CLARA COUNTY SUPERIOR COURT

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**

JOHN N. GLANG

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: