**FILED**

SEP 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED

AUG 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00517-RMW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER OF THE COURT EXCLUDING TIME** |
| KEVIN JOSEPH ZAVOSKY, | ) | |
| Defendant. | ) | |

The above-captioned case came before the court on Monday, August 22, 2005 at 9:00 a.m. for initial appearance in district court. The defendant Kevin Joseph Zavosky was personally present and was represented by counsel. Counsel for the United States was present. At the conclusion of the hearing, the court ruled as follows:

Upon request of the defendant and the government, the court hereby sets this case for a status hearing before the Honorable Ronald M. Whyte to take place on Monday, October 3, 2005 at 9:00 a.m.

**ORDER CR 05-00517-RMW**

1  Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period
2  of time from August 22, 2005 through and including October 3, 2005, from the computation of the
3  period of time within which the trial must commence. The court FINDS that the ends of justice
4  served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The
5  court bases this finding on the need of counsel for the defendant to review voluminous discovery in
6  this case that will be provided by the government in approximately one week and to afford counsel
7  the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section
8  3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATED: 9/12/05

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Copies to be served on:

John N. Glang, AUSA
U.S. Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Peter Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060