**FILED**

OCT 1 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED

OCT 3 - 2005

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00517-RMW |
| Plaintiff, | |
| v. | **ORDER OF THE COURT EXCLUDING TIME** |
| KEVIN JOSEPH ZAVOSKY, | |
| Defendant. | |

The above-captioned case came before the court on Monday, October 3, 2005 at 9:00 a.m. for status hearing. The defendant was personally present and was represented by counsel. Counsel for the United States was present. At the conclusion of the hearing, the court ruled as follows:

Upon request of the defendant and the government, the court hereby sets this case for a further status hearing before the Honorable Ronald M. Whyte to take place on Monday, November 7, 2005 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from October 3, 2005 through and including November 7, 2005, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy

**ORDER EXCLUDING TIME  CR 05-00517-RMW**

trial.  The court bases this finding on the need of counsel for the defendant to continue to review voluminous discovery in this case that has been provided by the government at different intervals, to allow the parties to continue to pursue a disposition of this case, and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATED: 10|13|05

Ronald M. Whyte

RONALD M. WHYTE
United States District Judge

Copies to be served on:

John N. Glang, AUSA
U.S. Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA  95113

Peter Leeming, Esq.
108 Locust Street, Suite 7
Santa Cruz, CA 95060

**ORDER EXCLUDING TIME  CR 05-00517-RMW**