FILED

OCT 28 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Peter A. Leeming, SBN 119125
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone: (831) 425-8000

Attorney for: Kevin Joseph Zavosky

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05 00517 RMW [HRL] |
|---|---|
| Plaintiff, | ) |
| | ) DECLARATION OF COUNSEL AND |
| | ) [PROPOSED] ORDER MODIFYING |
| vs. | ) CONDITIONS OF PRETRIAL |
| | ) RELEASE |
| KEVIN JOSEPH ZAVOSKY, | ) |
| Defendant. | ) |

I, Peter A. Leeming, declare as follows:

1. I am the attorney of record for Mr. Kevin Zavosky, the accused in the above case.

2. This declaration requests a temporary modification of Mr. Zavosky's conditions of release is to permit him to attend a family function on Sunday, October 30. Specifically, Mr. Zavosky's daughter Amanda is involved in a cheerleading competition at Santa Clara University. I have discussed this request with AUSA John Glang, who does not object to this temporary modification on behalf of the government.

3. I therefore respectfully request that this Court temporarily modify the conditions of Mr. Zavosky's pretrial release to permit him to attend this event from 8:00 AM to 7:00 PM.

Order modifying conditions of pretrial release [10 30 05 family function]

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2005 at Santa Cruz, California.

Peter A. Leeming

Peter A. Leeming, SBN 119125
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone: (831) 425-8000

Attorney for: Kevin Joseph Zavosky

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**KEVIN JOSEPH ZAVOSKY,**<br><br>Defendant. | No. CR 05 00517 RMW [HRL]<br><br>[PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

**ORDER**

For the reasons stated in the attached Declaration of Counsel, IT IS HEREBY ORDERED that the conditions of Mr. Zavosky's pretrial release are modified to permit him to travel to Santa Clara University to attend a family function on Sunday, October 30, 2005.

Dated: 10/28/05

_____
United States Magistrate Judge

Order modifying conditions of pretrial release [10 30 05 family function]                    -3-