PROPOSED ORDER/COVER SHEET

NOV 23 2005

NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

TO: Honorable Patricia Trumbull          RE: Kevin Zavosky
U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief          DOCKET NO.: CR05-00517 RMW
U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony R. Granados                            (415) 436-7520
U.S. Pretrial Services Officer                 TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

A. **The defendant shall be allowed to leave his home, with the approval of U.S. Pretrial Services, to visit with family in Santa Clara County on Thursday, November 25, 2005 (Thanksgiving).**

B. **The defendant shall be allowed to leave his home, with the approval of U.S. Pretrial Services, to attending counseling and NA/AA meetings.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____        11/23/05
JUDICIAL OFFICER                        DATE

Cover Sheet (12/03/02)