| | |
|---|---|
| 1  Peter A. Leeming, SBN 119125 | |
|    108 Locust Street, Suite 7 | **FILED** |
| 2  Santa Cruz CA 95060 | |
| 3  Telephone: (831) 425-8000 | DEC - 7 2005 |
| 4  Attorney for: Kevin Joseph Zavosky | RICHARD W. WIEKING |
| | CLERK, U.S. DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 05 00517 RMW [HRL] |
| Plaintiff, | [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| **KEVIN JOSEPH ZAVOSKY,** | |
| Defendant. | |

### ORDER

For the reasons stated in the attached Declaration of Counsel, IT IS HEREBY ORDERED that the conditions of Mr. Zavosky's pretrial release are modified to permit him to work during the Holiday season for Butler Amusements.

Dated: DEC - 7 2005

_____
United States Magistrate Judge

Order modifying conditions of pretrial release [to permit defn. to work]                    -3-