Peter A. Leeming, SBN 119125
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone: (831) 425-8000

Attorney for: Kevin Joseph Zavosky

FILED

DEC - 6 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**KEVIN JOSEPH ZAVOSKY,**<br><br>Defendant. | No. CR 05 00517 RMW [HRL]<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently set for Monday, December 5, 2005 at 9:00 A.M., be vacated and rescheduled for January 17, 2006 at 9:00 A.M. The parties further stipulate that the court may exclude the period of time from December 5, 2005 to January 17, 2006 for the reasons set forth in the proposed order below.

It is so stipulated.

Dated: 12/5/05

_____
John N. Glang
Assistant U. S. Attorney

Dated: 12-02-06

_____
Peter A. Leeming
Attorney for Kevin Zavosky

Stipulation and proposed Order rescheduling 12/05/05 status conference                               -1-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**KEVIN JOSEPH ZAVOSKY,**<br><br>Defendant. | No. CR 05 00517 RMW [HRL]<br><br>[~~PROPOSED~~] ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |

## ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for December 5, 2005 at 9:00 a.m., be vacated and rescheduled for January 17, 2006 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from December 5, 2005 through and including January 17, 2006 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need to complete discovery as certain critical tape recordings are unintelligible and the Government has not yet been able to provide new copies to the defense, and as time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

It is so ordered:

Dated: 12/5/05

Ronald M. Whyte
United States District Judge

Stipulation and proposed Order rescheduling 12/05/05 status conference                -2-