Peter A. Leeming, SBN 119125
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone: (831) 425-8000

Attorney for: Kevin Joseph Zavosky

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) No. CR 05 00517 RMW [HRL] |
| Plaintiff, | ) [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | ) |
| **KEVIN JOSEPH ZAVOSKY,** | ) |
| Defendant. | ) |

**ORDER**

For the reasons stated in the attached Declaration of Counsel, IT IS HEREBY ORDERED that the conditions of Mr. Zavosky's pretrial release are modified to permit him to attend a holiday Christmas party on December 17, 2005 from 6:00 PM until midnight.

Dated: 12/16/05

Patricia V. Trumbull
United States Magistrate Judge

Order modifying conditions of pretrial release [holiday Christmas party]    -3-