

1  Peter A. Leeming, SBN 119125
   108 Locust Street, Suite 7
2  Santa Cruz CA 95060

3  Telephone: (831) 425-8000

4  Attorney for: Kevin Joseph Zavosky

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 05 00517 RMW [HRL] |
| Plaintiff, | [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| **KEVIN JOSEPH ZAVOSKY,** | |
| Defendant. | |

### ORDER

For the reasons stated in the attached Declaration of Counsel, IT IS HEREBY ORDERED that the conditions of Mr. Zavosky's pretrial release are modified. Mr. Zavosky will be permitted to leave his home to seek employment, to participate in family functions and to work, subject to the approval of the United States Pretrial Services. This modification does not extend to travel requests outside the current limitations imposed on Mr. Zavosky.

Dated: 12/27/05

United States Magistrate Judge

Order modifying conditions of pretrial release [12/20/05]    -3-