1
2
3
4
5
6
7
8
9
10
11 *E-FILED - 1/26/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00517-RMW |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF THE COURT EXCLUDING TIME** |
| KEVIN JOSEPH ZAVOSKY, | ) | |
| Defendant. | ) | |

The above-captioned case came before the court on Tuesday, January 17, 2006 at 9:00 a.m. for status hearing. The defendant was personally present and was represented by counsel. Counsel for the United States was present. At the conclusion of the hearing, the court ruled as follows:

Upon request of the defendant and the government, the court hereby sets this case for a further status hearing before the Honorable Ronald M. Whyte to take place on Thursday, February 9, 2006 at 2:00 p.m.

Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from January 17, 2006 through and including February 9, 2006, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice

**ORDER EXCLUDING TIME   CR 05-00517-RMW**

served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of the government to finalize the preparation of a transcript of a case-significant meeting between the defendant and two undercover agents and to provide that transcript to the defense, to allow the parties to continue to pursue a disposition of this case, and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATED: __1/26/06__

                               __/S/ RONALD M. WHYTE__
                               RONALD M. WHYTE
                               United States District Judge

Copies to be served on:

John N. Glang, AUSA
U.S. Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA  95113

Peter Leeming, Esq.
108 Locust Street, Suite 7
Santa Cruz, CA 95060

**ORDER EXCLUDING TIME  CR  05-00517-RMW**