Peter A. Leeming, SBN 119125
108 Locust Street, Suite 7
Santa Cruz CA 95060

*E-filed 3/30/06*

Telephone: (831) 425-8000

Attorney for: Kevin Joseph Zavosky

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. CR 05 00517 RMW [HRL] |
| Plaintiff, | DECLARATION OF COUNSEL AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| **KEVIN JOSEPH ZAVOSKY,** | |
| Defendant. | |

I, Peter A. Leeming, declare as follows:

1.  I am the attorney of record for Mr. Kevin Zavosky, the accused in the above case. Mr. Zavosky has been released pending trial in the above case, but is subject to electronic monitoring. By this declaration, he seeks the removal of the electronic monitoring condition. This modification is not opposed by the United States or US Pretrial Services.

2.  Mr. Zavosky has recently developed some serious health issues and was hospitalized for a two day period at the end of last week. Mr. Zavosky's medical condition was verified by US Pretrial Officer Anthony Granados who visited him in the hospital and removed the monitor. The monitor then had to be re-attached after Mr. Zavosky's release from the hospital. Mr. Zavosky is expected to have surgery in the near future, thereby necessitating the

Order modifying conditions of pretrial release [3/23/06]   -1-

removal and re-attachment of the monitor should this release condition remain in effect. Mr. Granados does not object to this modification and is willing to continue to supervise Mr. Zavosky.

3. I have discussed this request with AUSA John Glang, who does not object to this modification on behalf of the government.

4. I therefore respectfully request that this Court modify the conditions of Mr. Zavosky's pretrial release by deleting the release condition requiring him to be subject to electronic monitoring.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 23, 2006, at Santa Cruz, California.

Signed,

Peter A. Leeming

Peter A. Leeming, SBN 119125
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone: (831) 425-8000

Attorney for: Kevin Joseph Zavosky

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **KEVIN JOSEPH ZAVOSKY,** <br><br> Defendant. | No. CR 05 00517 RMW [HRL] <br><br> [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

**ORDER**

For the reasons stated in the attached Declaration of Counsel, IT IS HEREBY ORDERED that the conditions of Mr. Zavosky's pretrial release are modified and the condition that Mr. Zavosky be subject to electronic monitoring is DELETED.

Dated: 3/30/06

/s/ Howard R. Lloyd
───────────────────────
United States Magistrate Judge

## PROOF OF SERVICE

I am a resident of the County of Santa Cruz. I am over the age of 18 years, and I am not a party to the within action. My business address is 108 Locust Street, suite 7, Santa Cruz, California, 95060.

On March 23, 2006, I served the within copy of **Proposed Order modifying pretrial release conditions**, on the interested parties in the above action by delivering a true copy thereof via electronic mail following addresses:

John Glang, AUSA
150 Almaden Blvd, Suite 900
San Jose CA 95113

Email: John.Glang@usdoj.gov

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct and that I have executed this proof of service on March 23, 2006, at Santa Cruz, CA.

_____
Peter A. Leeming