KEVIN V. RYAN (CABN 118321)
United States Attorney

EUMI L. CHOI (WVABN 0722)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/11/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00517-RMW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING |
| KEVIN JOSEPH ZAVOSKY, | |
| Defendant. | |

     IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that based on the need of the United States Probation Office to prepare the draft Presentence Report in this case, the defendant's sentencing hearing, currently scheduled for Monday, May 15, 2006 at 9:00 a.m. be continued and a new sentencing hearing date of Monday, August 21, 2006 at 9:00 a.m. is hereby set.

It is so stipulated.

Dated: _____05-08-06_____        _____/S/_____
                                                               JOHN N. GLANG
                                                             Assistant U.S. Attorney

1  It is so stipulated:

2  Dated: _____05/08/06_____           _____/S/_____
                                             PETER A. LEEMING, ESQ.
3                                            Attorney for Kevin Joseph Zavosky

4

5  It is so ORDERED:

6  Dated: __5/11/06_____                 _ /S/ RONALD M. WHYTE _____
                                             RONALD M. WHYTE
7                                            United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING
CR 05-00517-RMW                                    2