1  Peter A. Leeming, SBN 119125
   108 Locust Street, Suite 7
2  Santa Cruz CA 95060

3  Telephone: (831) 425-8000

4  Attorney for: Kevin Joseph Zavosky

5

6
                       UNITED STATES DISTRICT COURT
7
                     NORTHERN DISTRICT OF CALIFORNIA
8
                              SAN JOSE DIVISION
9
   UNITED STATES OF AMERICA,        )   No. CR 05 00517 RMW [HRL]
10                                  )
                                    )
11      Plaintiff,                  )   [PROPOSED] ORDER MODIFYING
                                    )   CONDITIONS OF PRETRIAL
12                                  )   RELEASE
        vs.                         )
13                                  )
                                    )
14                                  )
   KEVIN JOSEPH ZAVOSKY,            )
15                                  )
        Defendant.                  )
16                                  )

17

18                                   **ORDER**

19     For the reasons stated in the attached Declaration of Counsel, IT IS HEREBY

20  ORDERED that Mr. Zavosky is to be permitted to travel to San Francisco County on June 18,

21  2006.

22

23  Dated: 6/16/06

24

25                                          _____
                                            United States Magistrate Judge
26

27

28

Order modifying conditions of pretrial release [6/18/06 San Francisco trip]        -3-