1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5084
7    Fax: (408)-535-5066

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION             *E-FILED - 9/20/06*
12

13
   UNITED STATES OF AMERICA,        )    No. CR 05-00517-RMW
14                                   )
              Plaintiff,             )
15                                   )    STIPULATION AND ORDER
           v.                        )    RESCHEDULING SENTENCING
16                                   )    HEARING
   KEVIN JOSEPH ZAVOSKY,             )
17                                   )
              Defendant.             )
18 _____   )

19
        IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is
20
   hereby ordered, that the defendant's sentencing hearing, currently scheduled for Thursday,
21
   September 7, 2006 at 2:00 p.m. be continued and a new sentencing hearing date of Thursday,
22
   September 14, 2006 at 2:00 p.m. is hereby set.
23

24
   It is so stipulated.
25
   Dated: _____               _____
26                                     JOHN N. GLANG
                                       Assistant U.S. Attorney
27

28

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00517-RMW**

1 | It is so stipulated:

2 | Dated: _____                    _____
                                              PETER A. LEEMING, ESQ.
3 |                                           Attorney for Kevin Joseph Zavosky

4 |

5 | It is so ORDERED:

6 | Dated: __9/20/06_____                  _/S/ RONALD M. WHYTE_____
                                              RONALD M. WHYTE
7 |                                           United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00517-RMW**                                2