Peter A. Leeming, SBN 119125
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone: (831) 425-8000

Attorney for: Kevin Joseph Zavosky

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION         *E-FILED - 9/20/06*

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) No. CR 05 00517 RMW [HRL] |
| Plaintiff, | ) DECLARATION OF COUNSEL AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | ) |
| **KEVIN JOSEPH ZAVOSKY,** | ) |
| Defendant. | ) |

I, Peter A. Leeming, declare as follows:

1.  I am the attorney of record for Mr. Kevin Zavosky, the accused in the above case. On September 14, 2006 Mr. Zavosky was sentenced to a term of 27 months in custody. He is released pending designation to an appropriate federal facility to which he will self-surrender.

2.  This declaration requests a modification of Mr. Zavosky's release conditions to permit him to travel to Reno, Nevada for a family vacation from September 22-24, 2006.

3.  I have discussed this request with AUSA John Glang, who does not object to this temporary modification on behalf of the government.

4.  I therefore respectfully request that this Court modify the conditions of Mr. Zavosky's pretrial release to permit him to travel to Reno, Nevada from September 22-24, 2006.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 19, 2006 at Santa Cruz, California.

          Signed,
          Peter A. Leeming

Peter A. Leeming, SBN 119125
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone: (831) 425-8000

Attorney for: Kevin Joseph Zavosky

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. CR 05 00517 RMW [HRL] |
| Plaintiff, | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| **KEVIN JOSEPH ZAVOSKY**, | |
| Defendant. | |

**ORDER**

For the reasons stated in the attached Declaration of Counsel, IT IS HEREBY ORDERED that the conditions of Mr. Zavosky's pretrial release are modified to permit him to travel to Reno, Nevada from September 22-24, 2006.

Dated: 9/20/06

/s/ Ronald M. Whyte
United States District Judge

# PROOF OF SERVICE

    I am a resident of the County of Santa Cruz.  I am over the age of 18 years, and I am not a party to the within action.  My business address is 108 Locust Street, suite 7, Santa Cruz, California, 95060.

    On September 19, 2006, I served the within copy of **Proposed Order modifying pretrial release conditions**, on the interested parties in the above action by delivering a true copy thereof via electronic mail following addresses:

    John Glang, AUSA
    150 Almaden Blvd, Suite 900
    San Jose CA 95113

    Email: John.Glang@usdoj.gov

    I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct and that I have executed this proof of service on September 19, 2006, at Santa Cruz, CA.

                                         _____
                                          Peter A. Leeming