*E-filed 5/22/07*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | No. CR 05 00517 RMW [HRL] |
| Plaintiff, | ) ) ) | **ORDER EXONERATING BOND** |
| vs. | ) ) ) | |
| **KEVIN JOSEPH ZAVOSKY,** | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

For the reasons stated in the attached Declaration of Counsel, IT IS HEREBY ORDERED that the bond posted in the above case is EXONERATED.

Dated:  5/18/07

/s/ Howard R. Lloyd
───────────────────────────
United States Magistrate Judge

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | No. CR 05 00517 RMW [HRL] |
| Plaintiff, | ) ) ) | DECLARATION OF COUNSEL AND PROPOSED ORDER EXONERATING BOND |
| vs. | ) ) ) | |
| **KEVIN JOSEPH ZAVOSKY,** | ) ) ) | |
| Defendant. | ) | |

I, Peter A. Leeming, declare as follows:

1.   I represented Mr. Kevin Zavosky in the above entitled case. Mr. Zavosky is currently serving his sentence at Terminal Island, California.

2.   Mr. Zavosky's appearance was secured by a $2,000.00 cash bond, among other conditions. I did not represent him at the time that bond was posted. Since Mr. Zavosky has been sentenced, it has come to my attention that the bond has not been exonerated.

3.   As Mr. Zavosky has been sentenced and is currently serving his time, his bond should be exonerated forthwith.

.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 16, 2007, at Santa Cruz, California.

                Signed,
                Peter A. Leeming